In the Matter of JOHN GERDES et al., as Trustees of REYNOLDS INVESTING COMPANY, INC., Appellants, against CARROLL G. WALTER, a Justice of the Supreme Court of the State of New York et al., Respondents.

Reported below, 264 App. Div. 720.
Argued November 23, 1942; decided December 10, 1942.

*Lawrence S. Greenbaum* for motion.

*John Gerdes* and *Mary-Chase Clark* opposed.

Motion denied, without prejudice to a renewal upon argument of the appeal.